UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

Case Number 5:19cv318-TKW/MJF

**ESTATE OF JAMES A. CONWAY,**

         Plaintiff,

**v.**

**INTEGON NATIONAL INSURANCE COMPANY,**

         Defendant.

_____/

RULE 41(A)(1)(ii) STIPULATION FOR DISMISSAL

Plaintiff, ESTATE OF JAMES A. CONWAY and Defendant, INTEGON NATIONAL INSURANCE COMPANY, by and through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(A)(1)(ii), hereby serve this Stipulation for Dismissal in the above-referenced action.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been uploaded through the Court's CM/ECF filing system and copied to all counsel this 28th day of April, 2020.

Dated: April 27, 2020.

| By: | /s/Michael A. Puchades<br>Michael A. Puchades, Esquire<br>FL Bar No.: 0024007<br>Law Office of Michael A. Puchades, P.A.<br>8181 N.W. 154th Street, Suite 260<br>Miami Lakes, FL 33016<br>305-908-1860<br>Michael@mapuchadeslaw.com | By: | /s/ Charles Andrew Tharp<br>Charles Andrew Tharp, Esquire<br>Florida Bar No.: 0746134<br>LEITER, BELSKY & THARP<br>Attorneys for Defendant<br>707 S.E. Third Avenue, 3rd Floor<br>Fort Lauderdale, Florida 33316<br>(954) 462-3116 - Office<br>(954) 761-8990 - Facsimile<br>Atharp@lbtlegal.com - primary<br>Wstraus@lbtlegal.com - secondary |
|---|---|---|---|