UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ESTATE OF JAMES A. CONWAY**,

    **Plaintiff**,

v.    Case No. 5:19cv318-TKW-MJF

**INTEGON NATIONAL INSURANCE COMPANY**,

    **Defendant**.

_____/

## ORDER

Based on the stipulation for dismissal (Doc. 12), it is **ORDERED** that the trial scheduled for July 13, 2020, is cancelled, this case is dismissed under Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the file.

**DONE and ORDERED** this 29th day of April, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**